

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00257-CV

In the Interest of E.F., J.R.F., J.R.F., J.A.B., Children

On Appeal from the
County Court at Law of Aransas County, Texas
Trial Cause No. A-19-7099-FL

## <u>JUDGMENT</u>

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 17, 2020